IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-275-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN W. MAYNARD, | ) | |
| | ) | |
| Defendant. | ) | |

On November 2, 2016, Kevin W. Maynard filed a notice of appeal [D.E. 33]. Not later than January 6, 2017, the United States shall file a response concerning the notice of appeal.

SO ORDERED. This 22 day of December 2016.

JAMES C. DEVER III
Chief United States District Judge