UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5: 16-CR-00275-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KEVIN MAYNARD | ) |

This matter came before the Court on notice of the defendant, seeking to appeal his 2008 conviction. After due consideration and good cause shown, this Court hereby DENIES the defendant's appeal.

So ORDERED this **28** day of ____March____, 2017.

JAMES C. DEVER III
Chief U.S. District Judge